**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-60742**
**Summary Calendar**
_____

**GSC/ILA WELFARE PLAN AND TRUST; ARTHUR STRATTON,**
**GSC/ILA Trustee; MICHAEL WREN, GSC/ILA Trustee;**
**DONALD EVANS, GSC/ILA Trustee; HERBERT WATSON,**
**GSC/ILA Trustee,**

**Plaintiffs-Appellants,**

**VERSUS**

**PAN-AMERICAN LIFE INSURANCE COMPANY,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:96-CV-294-GR)

_____

October 21, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

This appeal involves interpretation of the provisions of a policy of insurance issued by Pan American to GSC/ILA. Both sides moved for summary judgment. The district court granted Pan American's motion for summary judgment and denied the motion of GSC/ILA, who timely filed this appeal.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion filed under date of June 10, 1997, we AFFIRM the Final Judgment entered in this matter under date of June 10, 1997.

**AFFIRMED.**